IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**PATRICK PENDLETON**   **MOVANT**

**V.**   **NO. 4:17-CV-27-DMB**
**(4:15-CR-76-DMB-JMV)**

**UNITED STATES OF AMERICA**   **RESPONDENT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, Patrick Pendleton's § 2255 motion [64] is **DENIED**. A certificate of appealability is also **DENIED**.

**SO ORDERED**, this 7th day of August, 2017.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**